[922 NE2d 873, 895 NYS2d 287]

EDWARD KOEHL, Appellant, v S. MIRZA et al., Respondents.

Decided December 17, 2009

APPEARANCES OF COUNSEL

*Edward Koehl*, appellant pro se.

*Andrew M. Cuomo, Attorney General*, Albany (*Robert M. Goldfarb, Barbara D. Underwood* and *Andrea Oser* of counsel), for respondents.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order modified, without costs, by reinstating plaintiff's claims under 42 USC § 1983 and remitting the case to Supreme Court, Clinton County, for further proceedings on those claims, and, as so modified, affirmed (*see Haywood v Drown*, 556 US —, 129 S Ct 2108 [2009], *on remand* 13 NY3d 760 [2009]).

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.